AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>22-641-ADC | Date and time warrant executed:<br>02/24/2022 at 12:48pm | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |
| Contents of GoDaddy.com account associated with website http://avza.berydoq.com to include the Sub-Domain Names set up on berydoq.com: avza.berydoq.com, blzy.berydoq.com, cuyo.berydoq.com, dalj.berydoq.com, and associated with customer account: Steven Bickling, 3514 Elliott, Baltimore, MD 21224 Phone: 4437397509, bick36@gmail.com. | | |

✓ FILED   ___ ENTERED
____ LOGGED   ____ RECEIVED

9:25 am, Mar 08 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 03/07/2022

*Rachel S Corn*
*Executing officer's signature*

Rachel S Corn, FBI SA
*Printed name and title*